IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ARDEN VAN UPP,<br><br>   Debtor.<br>_____ /<br><br>SAMUEL H. SLOAN,<br><br>   Appellant,<br><br>v.<br><br>DAVID A. BRADLOW,<br><br>   Appellee.<br>_____ / | No. C 10-00204 SI<br>No. C 10-00396 SI<br>No. C 10-00577 SI<br>No. C 10-00578 SI<br><br>**ORDER DISMISSING ACTIONS WITH PREJUDICE** |

On March 4, 2010, the Court ordered appellant Samuel Sloan to show cause why these appeals should not be dismissed for lack of standing. Mr. Sloan did not respond to the Court's show cause order, but instead lodged a copy of a motion apparently filed with the bankruptcy court, entitled "Motion Pursuant to 28 U.S.C. § 157(d) to Withdraw Reference to US Bankruptcy Court." The motion vaguely references the issue of Mr. Sloan's standing. If this filing was intended as a response to the Court's show cause order, it is inadequate to establish that Mr. Sloan has standing to press these appeals.

In addition, debtor Arden Van Upp has filed a motion in Case No. 10-396, asking that Mr. Sloan's appeal be dismissed for lack of standing. The points raised in that motion are valid and the Court agrees that Mr. Sloan lacks standing to maintain any of these four appeals.

Accordingly, the Court hereby GRANTS Ms. Van Upp's motion to dismiss the appeal in Case No. 10-396 with prejudice. (Docket No. 6, Case No. 10-396). In addition, the Court *sua sponte*

DISMISSES Case Nos. 10-204, 10-577, and 10-578 with prejudice. All pending motions filed by Mr. Sloan in any of these four actions are DENIED as moot.

**IT IS SO ORDERED.**

Dated: March 12, 2010

SUSAN ILLSTON
United States District Judge