**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ARDEN VAN UPP, | No. C 10-00204 SI |
| | No. C 10-00396 SI |
| Debtor. | No. C 10-00577 SI |
| | No. C 10-00578 SI |

_____ /

**JUDGMENT**

SAMUEL H. SLOAN,

      Appellant,

v.

DAVID A. BRADLOW,

      Appellee.

_____ /

    These actions are dismissed for lack of standing.  Judgment is entered accordingly.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: March 12, 2010

_____
SUSAN ILLSTON
United States District Judge